UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Ben Schultz

Plaintiff(s)

v.

CVS Pharmacy, Inc.

Defendant(s)

CASE No C  4:21-cv-05969-HSG

STIPULATION AND ORDER
SELECTING ADR PROCESS

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5. The parties agree to participate in the following ADR process:

☐ **Early Neutral Evaluation (ENE)** (ADR L.R. 5)

☑ **Mediation** (ADR L.R. 6)

☐ **Early Settlement Conference with a Magistrate Judge** (ADR L.R. 7)

☐ **Private ADR** (*specify process and provider*)

The parties agree to hold the ADR session by:

☑ the presumptive deadline *(90 days from the date of the order referring the case to ADR)*

☐ other requested deadline:

Date: November 2, 2021

Attorney for Plaintiff

Date: November 2, 2021

/s/ Leilani Jones          e-signature authorized 11/2/2021

Attorney for Defendant

☒ IT IS SO ORDERED.
☐ IT IS SO ORDERED WITH THE FOLLOWING MODIFICATIONS:

DATE:  11/3/2021

U.S. DISTRICT JUDGE

*Important!* E-file this form in ECF using the appropriate event among these choices: *"Stipulation & Proposed Order Selecting Mediation"* or *"Stipulation & Proposed Order Selecting ENE"* or *"Stipulation & Proposed Order Selecting Early Settlement Conference with a Magistrate Judge"* or *"Stipulation & Proposed Order Selecting Private ADR."*

*Form ADR-Stip rev. 1-15-2019*