1  **ILG Legal Office, P.C.**
2  Stephen Noel Ilg (SBN 275599)
   George L. Lin (SBN 287873)
3  156 South Spruce Ave., Unit 206A
   South San Francisco, CA 94080
4  Tel:    (415)580-2574
   Fax:    (415)735-3454
5  Email: silg@ilglegal.com
6  Email: glin@ilglegal.com

7  Attorneys for Plaintiff BEN SCHULTZ
8

9  **PAYNE & FEARS LLP**
   Daniel F. Fears, Bar No. 110573
10 dff@paynefears.com
   Andrew K. Haeffele, Bar No. 258992
11 akh@paynefears.com
12 Leilani E. Jones, Bar No. 298896
   llj@paynefears.com
13 4 Park Plaza, Suite 1100
14 Irvine, California 92614
   Telephone: (949) 851-1100
15 Facsimile: (949) 851-1212

16 Attorneys for Defendant CVS PHARMACY, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEN SCHULTZ, an individual, | Case No. 4:21-cv-5969-HSG |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE MEDIATION DEADLINE** |
| vs. | |
| CVS Pharmacy, Inc., a Rhode Island corporation, and DOES 1 through 100, inclusive, | |
| Defendants. | |

Plaintiff Ben Schultz ("Plaintiff" and/or "Mr. Schultz") and Defendant CVS Pharmacy, Inc. ("CVS" or "Defendant") (collectively "Defendants") by and through their respective counsel of record hereby stipulate and agree:

WHEREAS the parties agree that the deadline to complete mediation should be extended beyond February 1, 2022 as there is a need for some limited discovery to be conducted;

WHEREAS the parties conducted a joint conference call with the mediator in this matter, Mr. Richard S. Whitmore, who supports this request for an extension;

WHEREAS the parties have a tentative agreement to hold the mediation on March 8, 2022;

NOW THEREFORE, subject to this Court's approval, the Parties request, that the Court continue the deadline to complete mediation to March 15, 2022.

| | |
|---|---|
| Dated: December 27, 2021 | Payne Fears LLP |
| | By   /s/ Leilani Jones |
| | _____ |
| | Leilani L. Jones |
| | Attorneys for Defendant CVS Pharmacy, Inc. |
| Dated: December 27, 2021 | ILG Legal Office, P.C. |
| | By   /s/ Stephen Noel Ilg |
| | _____ |
| | Stephen Noel Ilg |
| | George Lin |
| | Attorneys for Plaintiff |
| | Ben Schultz |

**Attestation**

Pursuant to Northern District L.R. 5-1(i)(3) regarding signatures, I hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories. I

ILG Legal Office, P.C.
Tel: (415) 580-2574 | Email: help@ilglegal.com

declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: December 27, 2021         By   */s/ Stephen Noel Ilg*

                                      Stephen Noel Ilg
                                      Attorneys for Plaintiff
                                      Ben Schultz

ILG Legal Office, P.C.
Tel: (415) 580-2574 | Email: help@ilglegal.com

**ORDER**

Having read and considered the parties' recitals and stipulation, as set forth above, and good cause appearing, the Court hereby orders that the deadline to complete mediation be continued from February 1, 2022 to March 15, 2022.

**IT IS SO ORDERED**.

Dated: January 3, 2022

/s/ Haywood S. Gilliam, Jr.
Hon. Haywood S. Gilliam, Jr.
DISTRICT COURT JUDGE