PAYNE & FEARS LLP
ATTORNEYS AT LAW
4 PARK PLAZA, SUITE 1100
IRVINE, CALIFORNIA 92614
(949) 851-1100

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEN SCHULTZ, an individual, | Case No. 4:21-cv-05969-HSG |
| Plaintiff, | Honorable Haywood S. Gilliam, Jr. |
| v. | **ORDER GRANTING JOINT STIPULATION DISMISSING CAUSES OF ACTION NUMBERS ONE, TWO AND THREE OF PLAINTIFF BEN SCHULTZ'S COMPLAINT, WITH PREJUDICE** |
| CVS PHARMACY, INC., a Rhode Island corporation, and DOES 1 through 100, inclusive, | |
| Defendants. | |
| | Action Filed:      August 2, 2021 |

**ORDER**

The Parties jointly stipulate to dismiss Plaintiff's following causes of action **with prejudice**:

(1) First Cause of Action for Failure to Compensate for All Hours Worked;

(2) Second Cause of Action for Failure to Pay Minimum Wage; and

(3) Third Cause of Action for Failure to Provide Meal Periods.

The parties agree to bear their own fees and costs regarding these dismissed claims.

DATED: 2/22/2022

_____
Haywood S. Gilliam, Jr.
United States District Court Judge