**ILG Legal Office, P.C.**
Stephen Noel Ilg (SBN 275599)
George L. Lin (SBN 287873)
156 South Spruce Ave., Unit 206A
South San Francisco, CA 94080
Tel:    (415)580-2574
Fax:    (415)735-3454
Email: silg@ilglegal.com
Email: glin@ilglegal.com

Attorneys for Plaintiff BEN SCHULTZ

**PAYNE & FEARS LLP**
Daniel F. Fears, Bar No. 110573
dff@paynefears.com
Andrew K. Haeffele, Bar No. 258992
akh@paynefears.com
Leilani E. Jones, Bar No. 298896
llj@paynefears.com
4 Park Plaza, Suite 1100
Irvine, California 92614
Telephone: (949) 851-1100
Facsimile: (949) 851-1212

Attorneys for Defendant CVS PHARMACY, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEN SCHULTZ, an individual,<br><br>　　　　　Plaintiff,<br>　vs.<br><br>CVS Pharmacy, Inc., a Rhode Island corporation, and DOES 1 through 100, inclusive,<br><br>　　　　　Defendants. | Case No. 4:21-cv-5969-HSG<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE PURSUANT TO FRCP 41(a)(1)(A)(ii)** |

## STIPULATION

Plaintiff Ben Schultz ("Plaintiff") and Defendant CVS Pharmacy, Inc. ("CVS" or "Defendant") (collectively "the Parties"), acting through counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate, in consideration of a negotiated settlement executed by them, to the dismissal of this action with prejudice, including all claims stated herein against all parties, with each party to bear its own attorneys' fees and costs.

Dated: May 9, 2022

Payne Fears LLP

By   */s/ Leilani Jones*

_____
Leilani L. Jones
Attorneys for Defendant CVS Pharmacy, Inc.

Dated: May 9, 2022

ILG Legal Office, P.C.

By   */s/ Stephen Noel Ilg*

_____
Stephen Noel Ilg
George Lin
Attorneys for Plaintiff
Ben Schultz

## Attestation

Pursuant to Northern District L.R. 5-1(i)(3) regarding signatures, I hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: May 9, 2022                             Payne Fears LLP

                                               By      */s/ Leilani Jones*
                                               _____
                                               Leilani L. Jones
                                               Attorneys for Defendant CVS Pharmacy, Inc.

ILG Legal Office, P.C.
Tel: (415) 580-2574 | Email: help@ilglegal.com

**ORDER**

The stipulation of the parties in approved. The entire action is hereby dismissed with prejudice, with all parties to bear their own attorneys' fees and costs.

**IT IS SO ORDERED**.

Dated: _____5/9/2022_____

*[signature: Haywood S. Gilliam Jr.]*

Hon. Haywood S. Gilliam, Jr.

DISTRICT COURT JUDGE